**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Applicant-Plaintiff,<br><br>v.<br><br>SPONSORS FOR EDUCATIONAL OPPORTUNITY, INC.,<br><br>Respondent. | Miscellaneous Action<br><br>No. 26-mc-580 |

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA**

Petitioner Equal Employment Opportunity Commission ("EEOC") hereby petitions this Court, upon the accompanying memorandum of law in support of this petition, the declaration of Melinda Carabello, and the supporting exhibits, to enforce an administrative subpoena pursuant to Title VII of the Civil Rights Act of 1964, as amended, codified as 42 U.S.C. § 2000e-9. The EEOC respectfully requests this Court grant its petition and enter an order:

(1) Compelling Respondent Students for Educational Opportunity ("SEO"), on a date to be fixed by this Court, to produce all documents and information responsive to Subpoena No. DE-2026-0009 issued by Melinda Caraballo, Phoenix District Director, Equal Employment Opportunity Commission, on September 9, 2026.

(2) Granting Petitioner EEOC its costs expended in this action; and

(3) Ordering any other relief as may be necessary and appropriate.

Dated: November 16, 2026

CHRISTOPHER LAGE
Deputy General Counsel

MARY JO O'NEILL
Regional Attorney

LAUREN JAECKEL
Assistant Regional Attorney

*/s/ Mary Jo O'Neill*
Mary Jo O'Neill
Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3300 North Central Ave., Suite 690
Phoenix, AZ 85012
mary.oneill@eeoc.gov
(602) 661-0027